

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TERRANCE K. SIMMONS                                                PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 4:08cv2-HTW-LRA

LAUDERDALE COUNTY, et al.                                         DEFENDANTS

### ORDER

This cause is before this court on the plaintiff's response [11] to the order [9] entered April 7, 2008. The plaintiff states in his response [11] that he made a mistake by putting "Lauderdale County" instead of "Lauderdale County Detention Facility" as a defendant and he is requesting that Lauderdale County Detention Facility be re-instated as a defendant. Having reviewed the response [11] as well as the record, this court finds that in the interest of justice that the Lauderdale County Detention Facility be re-instated as a defendant. Accordingly, it is

ORDERED that Lauderdale County Detention Facility will be re-instated as a defendant and the remaining portions of that order will remain in effect. However, summons will not be issued for the Lauderdale County Detention Facility until further order of this court.

THIS, the __17th__ day of April, 2008.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE